# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANIELLE TYRA,<br>　　　　　　　Appellant,<br>　　vs.<br>JASON PAUL VANBUREN,<br>　　　　　　　Respondent. | No. 78569 |
| DANIELLE TYRA,<br>　　　　　　　Appellant,<br>　　vs.<br>JASON PAUL VANBUREN,<br>　　　　　　　Respondent. | No. 78813<br><br>**FILED**<br><br>NOV 18 2019 |

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are consolidated appeals from orders entered in child custody proceedings. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge; Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On August 13, 2019, this court entered an order consolidating these appeals and directing appellant to file and serve a fast track statement by September 12, 2019. The order cautioned that failure to comply could result in the imposition of sanctions.[1] NRAP 3E(i). Appellant failed to comply or otherwise communicate with this court. Accordingly, on October 7, 2019, this court entered an order directing appellant to file and serve the fast track statement by October 21, 2019. The order cautioned that failure to comply could result in the dismissal of these appeals as abandoned.[2] NRAP 3E(i). To date, appellant has failed to file the fast track

---

[1]A copy of this order is attached.

[2]A copy of this order is attached.

19-47087

statement or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned these appeals and this court ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
       Hon. Linda Marie Bell, Chief Judge
       Danielle Tyra
       Michael A. Root
       Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANIELLE TYRA,<br>                    Appellant,<br>vs.<br>JASON PAUL VANBUREN,<br>                    Respondent. | No. 78569 |
| DANIELLE TYRA,<br>                    Appellant,<br>vs.<br>JASON PAUL VANBUREN,<br>                    Respondent. | No. 78813<br><br>**FILED**<br><br>AUG 1 3 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S.Youngh<br>DEPUTY CLERK |

## *ORDER CONSOLIDATING APPEALS AND REINSTATING BRIEFING*

This court previously remanded these matters to the district court for further child custody proceedings in accordance with NRAP 12A. Respondent has now filed a notice in Docket No. 78569 stating that, upon remand, the district court awarded him sole legal and physical custody. Attached to the notice is a copy of the district court's July 3, 2019, order.

These appeals are consolidated for all appellate purposes. NRAP 3(b)(2). Appellant shall have 30 days from the date of this order to file and serve a single fast track statement that addresses all issues in these appeals, including issues arising from the district court's July 3, 2019, order. Respondent shall have 20 days from the date of this order to file and serve the fast track response. NRAP 3E(d)(2). Failure to timely comply with this order may result in the imposition of sanctions. NRAP 3E(i).

It is so ORDERED.

_____, C.J.

19-34035

cc: Danielle Tyra
Michael A. Root

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLE TYRA,

                    Appellant,

          vs.

JASON PAUL VANBUREN,

                    Respondent.

DANIELLE TYRA,

                    Appellant,

          vs.

JASON PAUL VANBUREN,

                    Respondent.

No. 78569

No. 78813

FILED

OCT 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER TO FILE FAST TRACK STATEMENT

On August 13, 2019, this court entered an order directing appellant to file and serve a fast track statement by September 12, 2019. To date, appellant has failed to comply or otherwise communicate with this court.

Appellant shall have 14 days from the date of this order to file and serve a fast track statement. Failure to comply with this order may result in the dismissal of these appeals as abandoned. NRPC 3E(i).

It is so ORDERED.

_____ C.J.

cc:     Danielle Tyra
        Michael A. Root

SUPREME COURT
OF
NEVADA

(O) 1947A

19-41324